

**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 4, 2026

**BY ECF**
The Honorable Andrew L. Carter Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ____2/9/26____

 Re: *United States v. Lin et al.*, 26 Cr. 036 (ALC)

Dear Judge Carter:

 The Government writes to respectfully request that time between today and February 18, 2026, which is two weeks from today, be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

 The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendants in a speedy trial, as the proposed exclusion will allow the Court and the Parties the ability to schedule an arraignment and an initial conference in this matter at a mutually convenient time, will allow the Government time to begin compiling Rule 16 discovery in this case, and will allow the Parties time to discuss pre-trial resolutions of this matter.

 Defense counsel for each of the defendants has informed the Government they consent to this request.

The application is **GRANTED**. Time excluded from 2/4/26 to 2/18/26 in the interest of justice. So Ordered.

*[signature]*
**2/9/26**

Respectfully submitted,

JAY CLAYTON
Acting United States Attorney

By: *[signature]* _____
 Ariana L. Bloom
 Assistant United States Attorney
 Southern District of New York
 (212) 637-2578

cc: Counsel of Record (by ECF)