USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/13/26

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------ x

**UNITED STATES OF AMERICA,**

                      **Plaintiff,**

       -  v. -

**BAOXUAN LIN, ALI CHAABAN and
HUSSEIN KOURANI, a/k/a "Sammy",**

                     **Defendant.**

------------------------------------------------------------------------ x

**26 CR 36 (ALC)**

<u>**ORDER**</u>

**ANDREW L. CARTER, JR., District Judge:**

      Arraignment set for **February 19, 2026,** at **3:30 p.m.**

**SO ORDERED.**

**Dated:**        **New York, New York
               February 13, 2026**

                                       **ANDREW L. CARTER, JR.
                                 United States District Judge**