USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#: _____
DATE FILED: __4-28-26__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------- x

**UNITED STATES OF AMERICA,**

                **-against-**

**BAOXUAN LIN, ALI CHAABAN** and
**HUSSEIN KOURANI,**

                       **Defendants.**

       **:**     **26-CR-36 (ALC)**

       **:**     **ORDER**

-------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

The Status Conference set for May 19, 2026, at 2 p.m. has been adjourned

to **2:30 p.m.**

**SO ORDERED.**

Dated:       **New York, New York**
               **April 28, 2026**

                              **ANDREW L. CARTER, JR.**
                              **United States District Judge**